UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCIE WIGGINS,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>OFFICE OF WORKERS COMPENSATION PROGRAMS; SECRETARY OF FEDERAL EMPLOYEE COMPENSATION ACT; and EMPLOYEES,<br><br>　　　　　　　　　Defendants. | Case No.: 21-CV-2079 JLS (MDD)<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO COMPLY WITH FEBRUARY 15, 2022 ORDER**<br><br>(ECF No. 9) |

On February 15, 2022, this Court denied Plaintiff Lucie Wiggin's Motion to Proceed *in Forma Pauperis* ("IFP"), denied Plaintiff's Request for Appointment of Counsel, and granted Plaintiff's Motion to Amend. *See generally* ECF No. 9 (the "Order"). In its Order, the Court directed Plaintiff to, within thirty days, either pay the $402 filing fee required to maintain her action or file a renewed IFP application that accounted for various deficiencies identified by the Court in the first application. *See id.* at 7. The Court further directed Plaintiff to file an amended complaint that was complete in itself. *See id.* The Order explicitly provided: "***Plaintiff is hereby on notice that if she fails to pay the $402 filing fee or file a renewed IFP motion within thirty (30) days from the date of this Order, the Court will dismiss this action without prejudice.***" *Id.* at 7 (emphasis in original). It also

warned Plaintiff: "***Should Plaintiff fail to file an amended complaint within <u>thirty (30) days of the date of this Order</u>, the Court will enter a final order dismissing this civil action based on Plaintiff's failure to prosecute in compliance with a court order requiring amendment.***" *Id.* (emphasis in original) (citation omitted).  Plaintiff has neither paid the filing fee, filed a renewed IFP application, or filed an amended complaint in accordance with the Order.  *See generally* Docket.

      In light of the foregoing, the Court **DISMISSES WITHOUT PREJUDICE** Plaintiff's action for failure to comply with the Court's February 15, 2022 Order.  As this concludes the litigation in this matter, the Clerk of the Court **SHALL CLOSE** the file.

      **IT IS SO ORDERED.**

Dated:  March 21, 2022

Hon. Janis L. Sammartino
United States District Judge